FILED
8-1-08
AUG 01 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

AUSA Michael Chmelar 312-886-7655

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. **08CR 613** |
| v. | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| OMAR R. HURTADO | ) | |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, DIEGO GRIMALDO, personally appearing before United States Magistrate Judge SUSAN E. COX and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that OMAR R. HURTADO (hereinafter "Hurtado"), has been charged by Information in the Western District of Washington with the following criminal offenses: operated a motor vehicle while his privilege to drive was suspended, in violation of Title 18, United States Code, Sections 7 and 13, and RCW 46.20.342(1)(b); possessed, consumed, or otherwise acquire liquor while under the age of twenty-one years, in violation of Title 18, United States Code, Sections 7 and 13, and RCW 66.44.270(2)(a); operated a motor vehicle while under the influence of alcohol or drugs, in violation of Title 18, United Staes Code, Section 7 and 13, and RCW 46.61.502(1)(b); operated a motor vehicle in willful or wanton disregard for the safety of persons or property, in violation of Title 18, United States Code, Sections 7 and 13, and RCW 46.61.500(1); and possession of open alcohol in a motor vehicle, inviolation of Title 18 United States Code, Sections 7 and 13, adn RCW 46.61.519.

A copy of the Information is attached. I have been informed through official channels that a warrant for the arrest of Hurtado has been issued pursuant to the Information. A copy of the arrest warrant also is attached.

_____
DIEGO GRIMALDO
Deputy U.S. Marshal
United States Marshals Service


SUBSCRIBED AND SWORN to before me this 1st day of August, 2008.

_____
SUSAN E. COX
United States Magistrate Judge

AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA
V.
HURTADO, OMAR R

**WARRANT FOR ARREST**

Case Number:   CR08-5257

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   HURTADO, OMAR R
<br>Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☑ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)
DUI
RECKLESS DRIVING
DWLS- 2ND DEGREE
MINOR-IN-POSSESSION OF ALCOHOL
OPEN CONTAINER

in violation of Title   18   United States Code, Section(s)   7 & 13

Gayle M. Riekena
<br>Name of Issuing Officer

Signature of Issuing Officer

Deputy Clerk
<br>Title of Issuing Officer

5/8/08 at Tacoma, Washington
<br>Date and Location

*CERTIFIED TRUE COPY ATTEST: BRUCE RIFKIN Clerk, U.S. District Court Western District of Washington By _____ Deputy Clerk*

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

08-CR-05257-INFO

FILED _____ LODGED
_____ RECEIVED

MAR 24 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )   Case No.: 08-CR-5257
      vs.                  )
                           )   INFORMATION
OMAR R. HURTADO,           )
                           )
            Defendant.     )

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk

The United States Attorney charges that:

### COUNT I

On or about December 10, 2007, at Naval Base Kitsap, Bremerton, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, OMAR R. HURTADO, did drive or operate a motor vehicle while under the influence of or affected by intoxicating liquor or any drug.

All in violation of Title 18, United States Code, Sections 7 and 13, and RCW 46.61.502 (1) (b).

### COUNT II

On or about December 10, 2007, at Naval Base Kitsap, Bremerton, Washington, within the Western District of Washington and within the special maritime and territorial

Page 1 of 3 -- INFORMATION
USA vs.HURTADO

Special Asst. U. S. Attorney
Naval Base Kitsap
365 S. Barclay, Bldg 433
Bremerton, WA 98314
(360) 627-3411

1  jurisdiction of the United States, OMAR R. HURTADO, did operate a motor vehicle
2  while his privilege to drive was suspended in the 2nd degree.
3      All in violation of Title 18, United States Code, Sections 7 and 13, and RCW
4  46.20.342 (1) (b).

## COUNT III

6      On or about December 10, 2007, at Naval Base Kitsap, Bremerton, Washington,
7  within the Western District of Washington and within the special maritime and territorial
8  jurisdiction of the United States, OMAR R. HURTADO, a person under the age of
9  twenty-one (21), did possess, consume or otherwise acquire liquor.
10      All in violation of Title 18, United States Code, Sections 7 and 13, and RCW
11  66.44.270 (2) (a).

## COUNT IV

13      On or about December 10, 2007, at Naval Base Kitsap, Bremerton, Washington,
14  within the Western District of Washington and within the special maritime and territorial
15  jurisdiction of the United States, OMAR R. HURTADO, did drive a motor vehicle in a
16  willful or wanton disregard for the safety of persons or property.
17      All in violation of Title 18, United States Code, Sections 7 and 13, and RCW
18  46.61.500(1).
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///

Page 2 of 3 – INFORMATION
USA vs HURTADO

Special Asst. U. S. Attorney
Naval Base Kitsap
355 S. Barclay, Bldg 433
Bremerton, WA 98314
(360) 627-3411

## COUNT V

On or about December 10, 2007, at Naval Base Kitsap, Bremerton, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, OMAR R. HURTADO, did have in his possession while in a motor vehicle upon a highway, a opened can containing an alcoholic beverage with contents partially removed.

All in violation of Title 18, United States Code, Sections 7 and 13, and RCW 46.61.519.

DATED this 21 day of MARCH, 2008.

JEFFREY C. SULLIVAN
United States Attorney

_____
S. VONELLA
Special Assistant U. S. Attorney

Page 3 of 3 – INFORMATION
USA vs. HURTADO

Special Asst. U. S. Attorney
Naval Base Kitsap
365 S. Barclay, Bldg 433
Bremerton, WA 98314
(360) 627-3411