# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 613 - 1 | **DATE** | 8/1/2008 |
| **CASE TITLE** | USA vs. Omar R. Hurtado | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Clarke Devereux of the Federal Defender Program is appointed to represent the Defendant in this proceeding. Defendant waives identity hearing. Order Defendant removed to the U.S. District Court for the Western District of Washington. Bond hearing held. Enter Order Setting Conditions of Release.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | VKD |
|---|---|---|
| U.S. DISTRICT COURT | | |

2008 AUG -4 AM 9:46

FILED-FED