# FINANCIAL AFFIDAVIT

CJA 23
Rev. 5/98

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICE WITHOUT PAYMENT OF FEE

**FILED**
8-1-08
AUG 01 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. OMAR HUTARDO
FOR: DIST CT
AT: N.D. IL

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): OMAR HUTARDO

- [x] 1. Defendant—Adult
- [ ] 2. Defendant - Juvenile
- [ ] 3. Appellant
- [ ] 4. Probation Violator
- [ ] 5. Parole Violator
- [ ] 6. Habeas Petitioner
- [ ] 7. 2255 Petitioner
- [ ] 8. Material Witness
- [ ] 9. Other

DOCKET NUMBERS:
Magistrate: 08CR613-1
District Court:
Court of Appeals:
08 CR 613

CHARGE/OFFENSE (describe if applicable & check box →): ☐ Felony ☐ Misdemeanor
REMOVAL HEARING

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: Machine operator
IF YES, how much do you earn per month? $ ?
IF NO, give month and year of last employment
How much did you earn per month? $

If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT
VALUE / DESCRIPTION

**DEPENDENTS**
MARITAL STATUS: SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: N/A
List persons you actually support and your relationship to them:

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| RENT | | $ | $ 300 |
| CAR PAYMENT | | $ | $ 170 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 8-1-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X Omar R. Hutardo