| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _T. A. Terrell_ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): T. G. Terrell   C. Date of Delivery: 8/11/08 |
| 1. Article Addressed to:<br><br>Western District of Washington<br>Union Station Courthouse<br>1717 Pacific Ave.<br>Tacoma, WA 98402 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>☐ Express Mail<br>☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7312 5687 |

PS Form 3811, February 2004    Domestic Return Receipt    08CR613    102595-02-M-15

08cr613

UNITED STATES POSTAL SERVICE
TACOMA - OLYMPIA WA 983
11 AUG 2008 PM 4

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**FILED**
AUG 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
Aug 14, 2008
MICHAEL W. DOBBINS
AUG 14 2008

• Sender: Please print your name, address, and ZIP+4 in this box •

Northern District of Illinois
Clerk's Office
219 S. Dearborn
Chicago, IL 60604

RECEIVED
AUG 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT